UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:23-cv-14316-JEM

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

ALLEN O. BRENT, an Individual d/b/a
AFFORDABLE AUTO REPAIR and
BOGUE HILL PROPERTIES LLC, a
Florida Limited Liability Company,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BOGUE HILL PROPERTIES LLC ONLY WITHOUT PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, by and through undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files a Notice of Voluntary Dismissal of Defendant BOGUE HILL PROPERTIES LLC Only without Prejudice.

Dated this September 30, 2024.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., #757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff, HOWARD MICHAEL CAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:23-cv-14316-JEM

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

ALLEN O. BRENT, an Individual d/b/a AFFORDABLE AUTO REPAIR and BOGUE HILL PROPERTIES LLC, a Florida Limited Liability Company,

    Defendants.
_____/

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 30, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., #757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff

# SERVICE LIST:

HOWARD MICHAEL CAPLAN vs. ALLEN O. BRENT, an Individual d/b/a AFFORDABLE AUTO REPAIR and BOGUE HILL PROPERTIES LLC, a Florida Limited Liability Company

United States District Court Southern District of Florida

Case No. 2:23-cv-14316-JEM

## ALLEN O. BRENT d/b/a AFFORDABLE AUTO REPAIR

10245 SE Lennard Road
Port St Lucie, FL 34952

**VIA US MAIL**

## BOGUE HILL PROPERTIES LLC

Attorney:
Todd W. Shulby, Esq.
Florida Bar No.: 068365
TODD W. SHULBY, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com

**VIA CM/ECF**